# United States Bankruptcy Court
### of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

| | | |
|---|---|---|
| In Re: | CHEREE J. RILEY | Case Number: 05-73851 |
| | 5030 HARRISON AVE #3 | |
| | ROCKFORD, IL  61108 | SSN-xxx-xx-4600 |

| | |
|---|---|
| Case filed on: | 8/1/2005 |
| Plan Confirmed on: | 10/28/2005 |

D Dismissed

Total funds received and disbursed pursuant to the plan: $6,902.64          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
| | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| | | | | | |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| | | | | | |
| 201 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| 999 | CHEREE J. RILEY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| 001 | JP MORGAN CHASE BANK NA/BANK ONE | 19,920.40 | 11,000.00 | 3,182.61 | 1,942.66 |
| | Total Secured | 19,920.40 | 11,000.00 | 3,182.61 | 1,942.66 |
| | | | | | |
| 001 | JP MORGAN CHASE BANK NA/BANK ONE | 0.00 | 8,920.40 | 0.00 | 0.00 |
| 002 | ABC CASH N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ACCOUNT RECOVERY SERVICES INC | 144.33 | 144.33 | 0.00 | 0.00 |
| 004 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICAN ON LINE / GPO | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICAN CASH-N-GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AMERICASH LOANS LLC | 873.29 | 873.29 | 0.00 | 0.00 |
| 008 | ASPIRE VISA CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CASH BOX | 736.50 | 736.50 | 0.00 | 0.00 |
| 010 | CHECK IT | 307.36 | 307.36 | 0.00 | 0.00 |
| 011 | CORTRUST BANK | 273.57 | 273.57 | 0.00 | 0.00 |
| 012 | CREDICHECK OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDIT MANAGEMENT CENTRAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | FAMILY DOLLAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | PREMIER BANKCARD/CHARTER | 411.28 | 411.28 | 0.00 | 0.00 |
| 017 | FRIEDMAN & WEXLER, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | STARK AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | KROGER | 196.53 | 196.53 | 0.00 | 0.00 |
| 020 | MEMBERS ALLIANCE CREDIT UNION | 1,542.00 | 1,542.00 | 0.00 | 0.00 |
| 021 | MERRICK BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MIDWEST CASH EXCHANGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | NICOR GAS | 502.56 | 502.56 | 0.00 | 0.00 |
| 025 | OMNIUM WORLDWIDE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ORCHARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ROCKFORD CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | ROCKFORD HEALTH PHYSICIANS | 722.00 | 722.00 | 0.00 | 0.00 |
| 029 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | ROCKFORD MERCANTILE AGENCY INC | 222.19 | 222.19 | 0.00 | 0.00 |
| 032 | ROYCE FINANCIAL | 300.00 | 300.00 | 0.00 | 0.00 |
| 033 | SAGE TELECOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | SURE-TEL, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | THE CBE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | THE DENTAL GROUP OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | DENTAL GROUP OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | JON RILEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | CITIZENS FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | CREDIT MANAGEMENT CENTRAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | INSURE ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | MEDCO HEALTH SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | RENT-A-CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 6,231.61 | 15,152.01 | 0.00 | 0.00 |

# United States Bankruptcy Court
### of the
### Northern District Of Illinois
### Western Division

| | Grand Total: | 27,516.01 | 27,516.01 | 4,546.61 | 1,942.66 |
|---|---|---|---|---|---|

Total Paid Claimant:        $6,489.27
Trustee Allowance:          $413.37
Percent Paid Unsecured:      0.00

      Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer     
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008                    By  /s/Heather M. Fagan